JF

FILED

DEC 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  CARMEN ROY MALDONADO
2     PO.BOX. 2790
3  SALINAS, C.A. 93902
4     In pro-per

8                    **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**

10  CARMEN ROY MALDONADO J.R.        )
11                    Plaintiff,     )  CASE NO. _____ 6982
                                     )  CV 07
12          vs. THE SUPERIOR COURT OF)
13  SAN BENITO COUTY AND C.D.C       )
14  ON A CIVIAL AND    Defendant.    )
    CRIMINAL APPEAL.                 )

JF

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 1 -

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

December 6, 2007

Carmen Roy Maldonado
P.O. Box 2790
Salinas, CA 93902

Dear Sir/Madam:

We have received your money order #11546702921 in the amount of $10.00; however, we are returning it for the following reason:

    ___    We do not accept "not to exceed" checks. Please contact the appropriate court personnel for the exact amount to remit.

    _X_    Your check is issued in the wrong amount. The correct amount should be **$5.00**.

    ___    We are unable to determine the purpose of your payment. Please provide the case number, case name and purpose of your payment.

    _X_    Other: **Submit $5.00 fee and send letter indicating intake holding petition.**

Once you have provided the above requested information, please return or provide another check in the correct amount to our office.

Sincerely,

Sonya Gueretta
Financial Technician

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

EXABIT.1 THE MEMORANDUM1-2.

EXABIT.2  THE OLD PETITON OF WRIT  WITHOUT THE CASE

NUMBER  1-3.

EXBIT.3 THE SAME CASE ON BOTH WRITS WITH ONE CASE

NUMBERTHE WRIT THAT IS THE SAME HAS A NEW NUMBER.

1-12.

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.


PLEASE TAKE NOTE:

On 3-15-07 In two cases that are still open

all these cases willall consolidate with the GRAND JURY

INQUIRE.

I had sent an MEMORANDUM addressing the

courts of limitations of responding to

the DEFENDANT In re THE STATE OF CALIFORNIA

OF SAN BENITO COUNTY VS, CARMEN ROY MALDONADO J.R.

Also there is an open case with the DEPARTMENT OF

CORRECTIONS.I have exhausted all lower county state

as well the system the is design for C.D.C. inmates

or DEFENDANTS ON CRIMINAL OR FEDERAL

REFERRALS. Its up to the probait or the

appeals department to pick with way they would like

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

to proceed: I never got respond of what I

addressed the court in the MEMORANDUM.

I resubmitted the PETITION FOR WRIT OF HABEAS CORPUS

under the same case due to an JUDGE FINDINGS

ON HIS ODERS. In which I sent the burden of proff

the JUDGE also didnt sent the PETITIONER THE

proper forms to noticfy the order to the PETITIONER.

Idid sent the proper forms but I will resubmit

the request forms over If your courts would like to

contact me for an more information into this case

but Iam limited to some questioning but I will provide

your courts or INQUIRE OFFICERS WITH OLD DOCUMENTS

that I have.

I will like to be notifyed of the old case your

department issuesed

the PETITIONER a new case number.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

EXABIT.2 THE OLD PETITION OF WRIT 1-3

1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name MALDONADO .J.R. CARMEN          ROY
      (Last)            (First)              (Initial)

3

4  Prisoner Number T-72346

5  Institutional Address On parole po. box 2790 Salinas C.A. 93902

6

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  CARMEN ROY MALDONADO J.R.
   (Enter the full name of plaintiff in this action.)

9

10 JUDGE STEVEN R. SANDERS THE ACTTING    )    Case No. _____
                                          )    (To be provided by the clerk of court)
11 D.A JOHN J. SARSFIED                    )
                                          )    **PETITION FOR A WRIT**
12 THE DEPUTY COMMISSONER OF THE           )    **OF HABEAS CORPUS**
                                          )
13 DEPT OF CORRECTIONS OF C.D.C            )
                                          )
14 _____         )
   (Enter the full name of respondent(s) or jailer in this action.)  )
15                                         )

16

17

18 **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

19 Name MALDONADO J.R.    CARMEN     ROY
      (Last)          (First)       (Initial)

20 Prisoner Number T-72346                    **ORIGINAL**
                                              **FILED**

21 Institutional Address On state parole
                                              MAR 1 5 2007

22
                                              RICHARD W. WIEKING
23                                            CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
                                              SAN JOSE
   **UNITED STATES DISTRICT COURT**
24 CARMEN    **NORTHERN DISTRICT OF CALIFORNIA**

   ROY MALDONADO.J.R.
25 (Enter the full name of plaintiff in this action.)
                                          )
26              vs.                        )    Case No. _____
                                          )    (To be provided by the clerk of court)
27 CALIFORNIA DEPARTMENT OF                )
                                          )    **PETITION FOR A WRIT**
28   CORRECTIONS                           )    **OF HABEAS CORPUS**
                                          )
   AKA- I.G.I.                             )
                                          )
                        2

C-ND-ECF - Docket Report

E-Filing, HABEAS, Pro Se

## U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:06-cv-05560-JF
### Internal Use Only

Maldonado v. The Superior Court of San Benito County
Assigned to: Hon. Jeremy Fogel
Cause: 28:1651 Petition for Writ of Habeas Corpus

Date Filed: 09/11/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**
**Carmen Roy Maldonado, Jr.**

represented by **Carmen Roy Maldonado, Jr.**
T 72346
460 California Street, Apt #9
Salinas, CA 93906
**PRO SE**

V.

**Defendant**

**California Department of
Corrections**
*AKA-I.G.I.*

**Respondent**

**The Superior Court of San Benito
County**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2006 | 1 | PETITION for Writ of Habeas Corpus. Filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 9/11/2006) (Entered: 09/14/2006) |
| 09/11/2006 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gm, COURT STAFF) (Filed on 9/11/2006) (Entered: 09/14/2006) |
| 09/19/2006 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 9/19/2006) (Entered: 09/21/2006) |
| 12/05/2006 | 4 | Letter from Carmen Roy Maldonado, Jr.. (gm, COURT STAFF) (Filed on 12/5/2006) (Entered: 12/08/2006) |
| 03/01/2007 | 5 | ORDER OF DISMISSAL WITH LEAVE TO AMEND. Signed by Judge |

| | | |
|---|---|---|
| | | Jeremy Fogel on 3/1/07. (jfsec, COURT STAFF) (Filed on 3/1/2007) (Entered: 03/01/2007) |
| 03/01/2007 | ⊕6 | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS; GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERS APPLICATION OR PAY FILING FEE WITHIN THIRTY DAYS by Judge Jeremy Fogel denying [3] Motion for Leave to Proceed in forma pauperis (jfsec, COURT STAFF) (Filed on 3/1/2007) (Entered: 03/01/2007) |
| 03/09/2007 | ⊕7 | MOTION for Leave to Proceed in forma pauperis filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/09/2007 | ⊕8 | EXHIBIT the Evidence from Superior Court, County of San Benito Court Case CR05-1515 filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/15/2007 | ⊕9 | AMENDED PETITION FOR A WRIT OF HABEAS CORPUS against California Department of Corrections. Filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/15/2007) (Entered: 03/16/2007) |
| 03/15/2007 | ⊕10 | EXHIBITS re [9] Amended Complaint filed by Carmen Roy Maldonado, Jr. (Related document(s)[9]) (gm, COURT STAFF) (Filed on 3/15/2007) (Entered: 03/16/2007) |
| 05/11/2007 | ⊕11 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (gm, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/18/2007) |
| 05/29/2007 | ⊕12 | Mail Returned as Undeliverable insufficient addres, unable to forward. Mail sent to Carmen Maldonado re Electronic Filing Order from Judge Walker dated 5/11/2007. (bw, COURT STAFF) (Filed on 5/29/2007) (Entered: 05/31/2007) |

1
2       UNITED STATES DISTRICT
3          COURT FOR THE
4       NORTHEN DISTRICT OF
5           CALIFORNIA.
6    EXABIT.3 THE SAME WRITS BUT ONE CASE NUMBER AND ITS
7  AN NEW ONE. ALSO THE DATA IN WHICH THE COURTS REQUESTED
8    1-12
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



$ 00.41⁰
PITNEY BOWES
02 1A
0004327683    NOV 19 2007
MAILED FROM ZIP CODE 95113

Carmen Roy Maldonado, Jr.
T-72346
P.O. Box 2790
Salinas, CA 93902

93902+2790

OFFICE OF THE CLERK _____ DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

**NOV 16 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Sir or Madam:

Your petition has been filed as civil case number **07-5679 JF**.

A filing fee of $5.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.  If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. **XX**    the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

    **XX**    Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    **XX**    You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    **XX**    You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.   If you do not respond within THIRTY DAYS  from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                Deputy Clerk

rev. 11/07

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CARMEN ROY
MALDONADO.J.R.                          )
                                        )
                    Plaintiff,          )
                                        )        CASE NO. _____
                                        )
        vs.                             )        **APPLICATION TO PROCEED**
                                        )        **IN FORMA PAUPERIS**
CALIFORNIA DEPARTMENT OF                )        **(Non-prisoner cases only)**
                                        )
    CORRECTIONS        Defendant.       )
AKA~I.C.I                               )
                        CARMEN
I, __ROY MALDONADO.J.R.__, declare, under penalty of perjury that I am the plaintiff in

the above entitled case and that the information I offer throughout this application is true and correct.  I

offer this application in support of my request to proceed without being required to prepay the full

amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the costs

of this action or give security, and that I believe that I am entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed?  Yes ____ No _x__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and

address of your employer:

Gross: _____0.00_____  Net: _____0.00_____

Employer: _____NONE_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

1  wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the following

6  sources:

7        a.      Business, Profession or              Yes ____ No __X__

8                self employment

9        b.      Income from stocks, bonds,           Yes ____ No _X___

10               or royalties?

11       c.      Rent payments?                       Yes ____ No __X__

12       d.      Pensions, annuities, or              Yes ____ No __X__

13               life insurance payments?

14       e.      Federal or State welfare payments,   Yes ____ No _X___

15               Social Security or other govern-

16               ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.    Are you married?                            Yes ____ No _X___

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $ 0.00 _____ Net $____ $0.00

26  4.    a.      List amount you contribute to your spouse's support:$ 0.00 _____

27        b.      List the persons other than your spouse who are dependent upon you for support and

28                indicate how much you contribute toward their support.  (NOTE: For minor children,

APP.  TO  PROC.  IN  FORMA

PAUPERIS, Case No._____                - 2 -

list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.     Do you own or are you buying a home?               Yes _____ No __X__

Estimated Market Value: $__0.00_____ Amount of Mortgage: $__0.00_____

6.     Do you own an automobile?                          Yes _____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No X_____ If so, Total due: $ _____

Monthly Payment: $ _____

7.     Do you have a bank account?  Yes _____ No X___ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ __0.00_____

Do you own any cash?  Yes _____ No X___  Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market

value.)   Yes _____ No __X__

_____

8.     What are your monthly expenses?

Rent: $ __150.00_____ Utilities: __0.00_____

Food: $ __150.00_____ Clothing: __0.00_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| 0.00 | $ 0.00 | $ 0.00 |
| 0.00 | $ 0.00 | $ 0.00 |
| 0.00 | $ 0.00 | $ 0.00 |

9.     Do you have any other debts?  (List current obligations, indicating amounts and to whom they

are payable.  Do not include account numbers.)

__0.00_____

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____                        - 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes __x__   No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.     ITS UP FOR REVIEW

 UNITED STATES DISTRICT COURT NORTHEN DISTRICT OF CALIFORNIA

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE                              SIGNATURE OF APPLICANT

1  CARMEN ROY MALDONADO
2    PO.BOX. 2790
3  SALINAS, C.A. 93902
4    In pro-per
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
10 CARMEN ROY MALDONADO J.R.        )
                                    )
11              Plaintiff,          )    CASE NO. _____
                                    )
12      vs.  THE SUPERIOR COURT OF )    **APPLICATION TO PROCEED**
                                    )    **IN FORMA PAUPERIS**
13 SAN BENITO COUTY AND C.D.C       )    **(Non-prisoner cases only)**
14 ON A CIVIAL AND      Defendant.  )
   CRIMINAL APPEAL.                 )
15
16     I, CARMEN ROY MALDONADO J.R. _____, declare, under penalty of perjury that I am the plaintiff in

17 the above entitled case and that the information I offer throughout this application is true and correct. I

18 offer this application in support of my request to proceed without being required to prepay the full

19 amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs

20 of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22 1.     Are you presently employed?    Yes ____ No _X_

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the name and

24 address of your employer:

25 Gross: _____    Net: _____

26 Employer: _____

27 _____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____                    - 1 -

1  wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the following

6  sources:

7    a.    Business, Profession or          Yes _____ No __X__

8          self employment

9    b.    Income from stocks, bonds,       Yes _____ No __X__

10         or royalties?

11   c.    Rent payments?                   Yes _____ No __X__

12   d.    Pensions, annuities, or          Yes _____ No __X__

13         life insurance payments?

14   e.    Federal or State welfare payments,    Yes _____ No __X__

15         Social Security or other govern-

16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                    Yes _____ No __X__

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ _____

27       b.    List the persons other than your spouse who are dependent upon you for support and

28             indicate how much you contribute toward their support.  (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 2 -

1          list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

2 _____

3 _____

4   5.     Do you own or are you buying a home?        Yes ____ No _X_

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.     Do you own an automobile?         Yes ____ No _X_

7 Make _____ Year _____ Model _____

8 Is it financed? Yes _____ No _____ If so, Total due: $ _____

9 Monthly Payment: $ _____

10   7.     Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $ _____

14 Do you own any cash?  Yes ____ No ____  Amount: $ _____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market

16 value.)  Yes ____ No _X_

17 _____

18   8.     What are your monthly expenses?

19 Rent: $ _150.00_____      Utilities: _ $ 150.00____

20 Food: $ _100.00_____      Clothing: _ $ 50.00____

21 Charge Accounts:   0.

| 22 Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| 23 _____0._____ | $ _____0._____ | $ _____0._____ |
| 24 _____ | $ _____ | $ _____ |
| 25 _____ | $ _____ | $ _____ |

26   9.     Do you have any other debts?  (List current obligations, indicating amounts and to whom they

27 are payable.  Do not include account numbers.)

28 _____

APP.  TO  PROC.  IN  FORMA

PAUPERIS, Case No._____        - 3 -

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other

3  lawsuits?   Yes _x_  No ___

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

5  they were filed.    UNITED STATES DISTRICT COURT FOR

6  CALIFORNIA.   CARMEN ROY MALDONADO J.R. VS THE DEPT OF

7  CORRECTIONS OF CALIFORNIA AKA C.D.C.   I.G.I c-06-5561

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false

9  statement herein may result in the dismissal of my claims.

10

11  _____            _____

12       DATE                          SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case Number:** _____

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months a at_____ where (s)he is confined.

[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____

_____

[Authorized officer of the institution]

1    Complete all applicable questions in the proper blank spaces. If you need additional space to answer a question, you may attach additional blank pages. Make clear the question to which any such

2    continued answer refers.

3    Only one sentence or conviction may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

4

**V.    <u>After Petition Is Filed</u>**

5

6    You will be notified as soon as the court issues an order. It is your responsibility to keep the court informed of any changes of address to ensure that you receive court orders. Failure to do so may result in dismissal of your suit.

7

**VI.    <u>Inquiries And Copying Requests</u>**

8

9    Because of the large volume of cases filed by inmates in this court and limited court resources, the court will not answer inquiries concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents

10    submitted to the court for your own records.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PetitionHC-6-02.wpd (Rev. 6/02)                    - 2 -

STEPHEN A. NAVARRO
Santa Clara County Dept. of Correction
Elmwood Complex
W138856 BH
701 S. Abel St.
Milpitas, CA 95035

DEC 07

407

Clerk of the United States District
Court for the Northern District of
California,
450 Golden Gate Avenue,
Box 36060, San Francisco, CA 94102

USA First-Class
11
DEC

USA First-Class

USA First-Class