```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611013479
Cashier ID: bucklem
Transaction Date: 12/12/2007
Payer Name: carmen r maldonado
------------------------------------
WRIT OF HABEAS CORPUS
 For: carmen r maldonado
 Amount:         $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 11547657641
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

c07-6282jf


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```