1
2
3
4
5
6
7
8

**Filed**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9

NOT FOR CITATION

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

CARMEN ROY MALDONADO, JR,

13              Petitioner,

14    vs.

15    CALIFORNIA DEPARTMENT OF
       CORRECTIONS,
16

17              Respondent.

18

No. C 07-6283 JF (PR)

ORDER CORRECTING
ERRONEOUS FILING;
CLOSING CASE;
INSTRUCTIONS TO CLERK

19         Petitioner, proceeding pro se, filed the instant habeas petition pursuant to 28
20    U.S.C. § 2254 on December 12, 2007. Petitioner filed another habeas action with the
21    Court, in case no. C 07-6282 JF (PR), which was filed on the same day, December 12,
22    2007. It appears that the instant petition was mistakenly received and opened as a new
23    case in the instant action. Accordingly, the Clerk is instructed to copy all documents from
24    the instant case and transfer the documents to Petitioner's earlier filed habeas action in
25    case number C 07-6282 JF (PR).
26         Because the instant case was opened erroneously, the Clerk shall close the file and
27    terminate any pending motions. The Clerk shall REFUND Petitioner's payment of the
28    $5.00 filing fee in this action.

1    The Clerk shall forward a copy of this order to the Court's financial office.  The Court

2    will review the merits of the petition in a separate order in case number C 07-6282 JF

3    (PR).

4        IT IS SO ORDERED.

5    DATED: _____

                          JEREMY FOGEL
6                              United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Carmen Roy Maldonado, Jr.
P.O. Box 2790
Salinas, CA  93902

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JF

1  CARMEN ROY MALDONADO J.R.

2  PO.BOX 2790

3  SALINAS, C.A 93902

4

FILED

E-filing

DEC 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                    **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9    CARMEN ROY

10  MALDONADO.J.R.                                  CV 07        6283

11                        Plaintiff,          CASE NO. _____

12        vs.                                                        JF

13  CALIFORNIA DEPARTMENT OF                                   (PR)

14    CORRECTIONS        Defendant.

15  A.K.A T.G.I

16

17

18

19

20

21

22

23

24

25

26

27

28

APP. TO PROC. IN FORMA

PAUPERIS, Case No. _____              - 1 -

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

December 6, 2007

Carmen Roy Maldonado
P.O. Box 2790
Salinas, CA 93902

Dear Sir/Madam:

We have received your money order #11546702921 in the amount of $10.00; however, we are returning it for the following reason:

| | |
|---|---|
| — | We do not accept "not to exceed" checks. Please contact the appropriate court personnel for the exact amount to remit. |
| _X_ | Your check is issued in the wrong amount. The correct amount should be **$5.00**. |
| — | We are unable to determine the purpose of your payment. Please provide the case number, case name and purpose of your payment. |
| _X_ | Other: **Submit $5.00 fee and send letter indicating intake holding petition.** |

Once you have provided the above requested information, please return or provide another check in the correct amount to our office.

Sincerely,

Sonya Gueretta
Financial Technician

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

EXABIT.1 THE MEMORANDUM1-2.

EXABIT.2  THE OLD PETITON OF WRIT  WITHOUT THE CASE

NUMBER  1-3.

EXBIT.3 THE SAME CASE ON BOTH WRITS WITH ONE CASE

NUMBERTHE WRIT THAT IS THE SAME HAS A NEW NUMBER.

1-12.

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.


PLEASE TAKE NOTE:

On 3-15-07 In two cases that are still open

all these cases willall consolidate with the GRAND JURY

INQUIRE.

I had sent an MEMORANDUM addressing the

courts of limitations of responding to

the DEFENDANT In re THE STATE OF CALIFORNIA

OF SAN BENITO COUNTY VS, CARMEN ROY MALDONADO J.R.

Also there is an open case with the DEPARTMENT OF

CORRECTIONS.I have exhausted all lower county state

as well the system the is design for C.D.C. inmates

or DEFENDANTS ON CRIMINAL OR FEDERAL

REFERRALS. Its up to the probait or the

appeals department to pick with way they would like

```
 1                  UNITED STATES DISTRICT
 2                    COURT FOR THE
 3
 4                 NORTHEN DISTRICT OF
                      CALIFORNIA.
 5
     to proceed.  I never got respond of what I
 6
        addressed the court in the  MEMORANDUM.
 7
     I resubmitted the PETITION FOR WRIT OF HABEAS CORPUS
 8
            under the same case due to an JUDGE FINDINGS
 9
     ON HIS ODERS. In which I sent the burden of proff
10
     the JUDGE also didnt sent the PETITIONER THE
11
     proper forms to noticfy the order to the PETITIONER.
12
      Idid sent the proper forms but I will resubmit
13
     the request forms over If your courts would like to
14
     contact me for an more information into this case
15
      but Iam limited to some questioning but I will provide
16
     your courts or INQUIRE OFFICERS WITH OLD DOCUMENTS
17
     that I have.
18
        I will like to be notifyed of the old case your
19
     department issuesed
20
       the PETITIONER a new case number.
21
22
23
24
25
26
27
```

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF
CALIFORNIA.

EXABIT.2. THE OLD PETITION OF WRIT 1-3

1    **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2    Name MALDONADO .J.R. CARMEN           ROY
         (Last)           (First)          (Initial)

3    Prisoner Number T-72346

4
     Institutional Address On parole po. box 2790 Salinas C.A. 93902

5

6

7                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**

8    CARMEN ROY MALDONADO J.R.
     (Enter the full name of plaintiff in this action.)

9                           )
                vs.         )
10   JUDGE STEVEN R. SANDERS THE ACTTING  )   Case No. _____
                                          )   (To be provided by the clerk of court)
11   D.A JOHN J. SARSFIED                 )
     THE DEPUTY COMMISSONER OF THE        )   **PETITION FOR A WRIT**
12                                        )   **OF HABEAS CORPUS**
     DEPT OF CORRECTIONS OF C.D.C         )
13                                        )
14   (Enter the full name of respondent(s) or jailor in this action)

15

16

17   **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

18   Name MALDONADO J.R. CARMEN          ROY
         (Last)          (First)        (Initial)                **ORIGINAL**
19                                                                **FILED**
20   Prisoner Number T-72346

21   Institutional Address On state parole          MAR 1 5 2007

22                                               RICHARD W. WIEKING
                                                CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA

23                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
     CARMEN
24   ROY MALDONADO.J.R.
     (Enter the full name of plaintiff in this action.)
25                           )
                vs.          )
26   CALIFORNIA DEPARTMENT OF )            Case No. _____
                             )            (To be provided by the clerk of court)
27                           )
       CORRECTIONS           )            **PETITION FOR A WRIT**
28                           )            **OF HABEAS CORPUS**
     AKA- I.G.I.             )
                          2  )

CAND-ECF - Docket Report

E-Filing, HABEAS, Pro Se

**U.S. District Court**
**California Northern District (San Jose)**
**CIVIL DOCKET FOR CASE #: 5:06-cv-05560-JF**
**Internal Use Only**

Maldonado v. The Superior Court of San Benito County
Assigned to: Hon. Jeremy Fogel
Cause: 28:1651 Petition for Writ of Habeas Corpus

Date Filed: 09/11/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**
**Carmen Roy Maldonado, Jr.**

represented by **Carmen Roy Maldonado, Jr.**
T 72346
460 California Street, Apt #9
Salinas, CA 93906
**PRO SE**

V.

**Defendant**

**California Department of**
**Corrections**
*AKA-I.G.I.*

**Respondent**

**The Superior Court of San Benito**
**County**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2006 | 1 | PETITION for Writ of Habeas Corpus. Filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 9/11/2006) (Entered: 09/14/2006) |
| 09/11/2006 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gm, COURT STAFF) (Filed on 9/11/2006) (Entered: 09/14/2006) |
| 09/19/2006 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 9/19/2006) (Entered: 09/21/2006) |
| 12/05/2006 | 4 | Letter from Carmen Roy Maldonado, Jr.. (gm, COURT STAFF) (Filed on 12/5/2006) (Entered: 12/08/2006) |
| 03/01/2007 | 5 | ORDER OF DISMISSAL WITH LEAVE TO AMEND. Signed by Judge |

| | | |
|---|---|---|
| | | Jeremy Fogel on 3/1/07. (jfsec, COURT STAFF) (Filed on 3/1/2007) (Entered: 03/01/2007) |
| 03/01/2007 | ◑6 | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERII; GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERS APPLICATION OR PAY FILING FEE WITHIN THIRTY DAYS by Judge Jeremy Fogel denying [3] Motion for Leave to Proceed in forma pauperis (jfsec, COURT STAFF) (Filed on 3/1/2007) (Entered: 03/01/2007) |
| 03/09/2007 | ◑7 | MOTION for Leave to Proceed in forma pauperis filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/09/2007 | ◑8 | EXHIBIT the Evidence from Superior Court, County of San Benito Court Case CR05-1515 filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/15/2007 | ◑9 | AMENDED PETITION FOR A WRIT OF HABEAS CORPUS against California Department of Corrections. Filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/15/2007) (Entered: 03/16/2007) |
| 03/15/2007 | ◑10 | EXHIBITS re [9] Amended Complaint filed by Carmen Roy Maldonado, Jr. (Related document(s)[9]) (gm, COURT STAFF) (Filed on 3/15/2007) (Entered: 03/16/2007) |
| 05/11/2007 | ◑11 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (gm, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/11/2007) |
| 05/29/2007 | ◑12 | Mail Returned as Undeliverable insufficient addres, unable to forward. Mail sent to Carmen Maldonado re Electronic Filing Order from Judge Walker dated 5/11/2007. (bw, COURT STAFF) (Filed on 5/29/2007) (Entered: 05/31/2007) |

1
2
3                        UNITED STATES DISTRICT
4                           COURT FOR THE
5                        NORTHEN DISTRICT OF
                             CALIFORNIA.

6    EXABIT.3 THE SAME WRITS BUT ONE CASE NUMBER AND ITS
7    AN NEW ONE. ALSO THE DATA IN WHICH THE COURTS REQUESTED
8        1-12
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



$ 00.41⁰
NOV 19 2007
MAILED FROM ZIP CODE 95113

02 1A
0004327883
UNITED STATES POSTAGE

Carmen Roy Maldonado, Jr.
T-72346
P.O. Box 2790
Salinas, CA 93902

OFFICE OF THE CLERK
NORTHERN DISTRICT OF CALIFORNIA    DISTRICT COURT
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

93902+2790

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Dear Sir or Madam:

NOV 16 2007

Your petition has been filed as civil case number **07-5679 JF**.

RICH___ __EKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. **XX** the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    **XX** Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    **XX** You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    **XX** You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

1  CARMEN ROY MALDONADO

2    PO.BOX. 2790

3  SALINAS, C.A. 93902

4    In pro-per

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 CARMEN ROY MALDONADO J.R.        )
                                   )
11                      Plaintiff,  )      CASE NO. _____
                                   )
12       vs. THE SUPERIOR COURT OF )      **APPLICATION TO PROCEED**
                                   )      **IN FORMA PAUPERIS**
13 SAN BENITO COUTY AND C.D.C      )      **(Non-prisoner cases only)**
                                   )
14 ON A CIVIAL AND      Defendant. )
   CRIMINAL APPEAL_____ )
15

16     I, CARMEN ROY MALDONADO J.R. , declare, under penalty of perjury that I am the plaintiff in

17 the above entitled case and that the information I offer throughout this application is true and correct. I

18 offer this application in support of my request to proceed without being required to prepay the full

19 amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs

20 of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22 1.    Are you presently employed?    Yes ____ No _X_

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the name and

24 address of your employer:

25 Gross: _____ Net: _____

26 Employer: _____

27 _____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____              - 1 -

1 | wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.    Have you received, within the past twelve (12) months, any money from any of the following

6 | sources:

7 |     a.    Business, Profession or        Yes ____ No __X__

8 |         self employment

9 |     b.    Income from stocks, bonds,        Yes ____ No __X__

10 |         or royalties?

11 |     c.    Rent payments?        Yes ____ No _X__

12 |     d.    Pensions, annuities, or        Yes ____ No _X__

13 |         life insurance payments?

14 |     e.    Federal or State welfare payments,        Yes ____ No _X__

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | _____

20 | _____

21 | 3.    Are you married?        Yes ____ No _X__

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support:$ _____

27 |     b.    List the persons other than your spouse who are dependent upon you for support and

28 |         indicate how much you contribute toward their support.  (NOTE: For minor children,

APP.  TO  PROC.  IN  FORMA

PAUPERIS, Case No._____          - 2 -

list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?                Yes ____ No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                          Yes ____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account?  Yes ____ No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $_____

Do you own any cash?  Yes ____ No ____  Amount: $_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market

value.)   Yes ____ No __X__

_____

8.    What are your monthly expenses?

Rent:  $ _150.00_____        Utilities:  _$ 150.00_____

Food: $ _100.00_____        Clothing:  __$ 50.00_____

Charge Accounts:   0.

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _0._____ | $ ____0._____ | $ ____0._____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they

are payable.  Do not include account numbers.)

_____

APP.  TO  PROC.  IN  FORMA

PAUPERIS, Case No._____                    - 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _x_  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.      UNITED STATES DISTRICT COURT FOR CALIFORNIA.   CARMEN ROY MALDONADO J.R.  VS THE DEPT OF CORRECTIONS OF CALIFORNIA AKA C.D.C.   I.G.I c-06-5561

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____                    _____
        DATE                                      SIGNATURE OF APPLICANT

APP.  TO  PROC.  IN  FORMA

PAUPERIS, Case No._____                           - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months a
[prisoner name]
at_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____        _____
[Authorized officer of the institution]

1

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254

3

4

I.     **Scope of 28 U.S.C. §§ 2254**

5

6

7

8

        You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in
custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws.
You may challenge either the fact or duration of your state sentence; however, any challenge to
violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or
duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If
you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by
the clerk of the court.

9

10

        Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted
unless it appears that you have exhausted the remedies available in state court.

11

II.     **Filing a Petition**

12

13

14

        To start a habeas action, you must send the court the following items: (1) an original petition
and (2) a check or money order for $5.00 or an original Prisoner's Application to Proceed In Forma
Pauperis. In addition to these instructions, this packet includes a petition for a writ of habeas corpus
form and an Application to Proceed In Forma Pauperis. You must use the forms provided with this
packet and not any other version. You should keep a copy of the petition and in forma pauperis
application for your own records.

15

16

        When you have completed the forms, mail the originals to Clerk of the United States District
Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco,
CA 94102.

17

18

19

20

        **NOTE:** If you previously filed a petition for a writ of habeas corpus in federal court that
challenged the same conviction you are challenging now and if that petition was denied or dismissed
with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
for an order authorizing the district court to consider this petition. You may not file a second or
subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
U.S.C. §§ 2244(b).

21

III.     **Filing Fees**

22

23

24

        In order for the petition to be filed, it must be accompanied by the filing fee of $5.00. If you are
unable to pay the filing fee, you may petition the court to proceed in forma pauperis. A Prisoner's
Application to Proceed In Forma Pauperis form for this purpose is included in this packet. You must
complete the application, sign it and declare under penalty of perjury that the facts stated therein are
correct. File the application with your petition and keep a copy for your records.

25

IV.     **Petition Form**

26

27

28

        Your petition must be legibly handwritten or typewritten, and you must sign it and declare under
penalty of perjury that the facts stated in it are correct. Read the entire petition form before answering
any questions. You will note that brief explanatory comments appear throughout the form. Read these
carefully before you answer the questions because they are intended to help you fill out the petition as
well as ensure that you file your petition in the proper court.

PetitionHC-6-02.wpd (Rev. 6/02)

Complete all applicable questions in the proper blank spaces. If you need additional space to answer a question, you may attach additional blank pages. Make clear the question to which any such continued answer refers.

Only one sentence or conviction may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

## V.    After Petition Is Filed

You will be notified as soon as the court issues an order. It is your responsibility to keep the court informed of any changes of address to ensure that you receive court orders. Failure to do so may result in dismissal of your suit.

## VI.    Inquiries And Copying Requests

Because of the large volume of cases filed by inmates in this court and limited court resources, the court will not answer inquiries concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

PetitionHC-6-02.wpd (Rev. 6/02)                                    - 2 -

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611013478
Cashier ID: bucklem
Transaction Date: 12/12/2007
Payer Name: carmen t maldonado
------------------------------------
WRIT OF HABEAS CORPUS
  For: carmen t maldonado
  Amount:        $5.00
------------------------------------
MONEY ORDER
  Check/Money Order Num: 11547657652
  Amt Tendered:  $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

c07-6283jf

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.