NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN ROY MALDONADO, JR, | ) | No. C 07-6282 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This action was opened when Petitioner, a California prisoner proceeding pro se, filed a document with the Court with no title or case number on December 12, 2007. The jurisdiction of federal courts depends on the existence of a "case or controversy" under Article III of the Constitution. <u>PUC v. FERC</u>, 100 F.3d 1451, 1458 (9th Cir. 1996). The document Petitioner filed presents no claim for any form of relief. Rather, it consists solely of three "exhibits" referring to past criminal proceedings in state court, and to Petitioner's pending habeas petition in this court, No. C 06-5560 JF (PR). In the absence of any claim for any form of relief, the instant matter must be dismissed for lack of jurisdiction because it presents no "case or controversy" for this court to decide. It is not clear from the document filed herein whether Petitioner wishes to file it in support of his

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Maldonado282dis     1

1  pending habeas petition.  To the extent Petitioner wishes to any document in support of
2  his pending habeas petition, he must clearly indicate the case number, No. C 06-5560
3  JF(PR) in the caption of such document
4       For the reasons explained above, the instant matter is DISMISSED for lack of
5  jurisdiction.  The Clerk shall close the file and enter judgment.
6       IT IS SO ORDERED.
7  DATED: __5/9/08_____
8                                    JEREMY FOGEL
                                     United States District Judge