NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ROY MALDONADO, JR, ) | No. C 07-6282 JF (PR) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| vs. ) | |
| ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court has dismissed the instant action for lack of jurisdiction. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/9/08_____          _____
                                                        JEREMY FOGEL
                                                        United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Maldonado282jud              1